[PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 19, 2008
THOMAS K. KAHN
CLERK

No. 07-13429

(D.C. Docket No. 06-02575-CV-TCB-1)

TRUSTED NET MEDIA HOLDINGS, LLC.,

Debtor.

TRUSTED NET MEDIA HOLDINGS, LLC.,

Plaintiff-Appellant,

versus

THE MORRISON AGENCY, INC.,

Defendant-Appellee.

--------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

(Opinion April 23, 2008, 525 F.3d 1095 11th Cir. 2008)

(June 19, 2008)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

B Y  T H E  C O U R T :

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.